IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| DIANNA DIRBIN, | : | |
|     *Plaintiff*, | | CIVIL ACTION |
| v. | : | NO. 19-2653 |
| PHILLY MARKETING GROUP INC., | | |
|     *Defendant*. | : | |

**ORDER**

AND NOW, this 27th day of March 2020, upon consideration of Defendant's Motion to Dismiss (ECF No. 10) and Plaintiff's Response thereto (ECF No. 11), it is hereby ORDERED as follows:

(1) Defendant's Motion is GRANTED as to Counts II through VI of Plaintiff's Amended Complaint;

(2) Defendant's Motion is DENIED as to Count I of Plaintiff's Amended Complaint;

(3) Count III of Plaintiff's Amended Complaint is DISMISSED WITH PREJUDICE; and,

(4) Plaintiff is granted LEAVE TO AMEND Counts II and IV through VI of her Amended Complaint. If Plaintiff so elects to do so, she shall file her Second Amended Complaint within twenty-one (21) days of the date of this Order.

BY THE COURT:

/s/ C. Darnell Jones, II   J.
C. Darnell Jones, II.   J.