IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| DIANNA DIRBIN, | : | |
| *Plaintiff*, | | CIVIL ACTION |
| v. | : | NO. 19-2653 |
| PHILLY MARKETING GROUP INC., | | |
| *Defendant*. | : | |

## ORDER

AND NOW, this 17th day of June 2020, upon consideration of Defendant's Offer of Judgment Pursuant to Fed.R.Civ.P. 68 and Plaintiff's acceptance thereof, it is hereby ORDERED that JUDGMENT is entered AGAINST DEFENDANT PHILLY MARKETING GROUP, INC. and IN FAVOR of PLAINTIFF DIANNA DIRBIN in the amount of Five Thousand Dollars ($5,000.00), inclusive of all attorney's fees and costs.

It is further ORDERED that the Clerk of Court shall mark this matter CLOSED.

BY THE COURT:

/s/  C. Darnell Jones, II    J.
C. Darnell Jones, II.   J.